IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAMELA J. LODES §<br>§<br>Plaintiff, §<br>§<br>VS. §<br>§   NO. 3-04-CV-1160-BD<br>UNIVERSITY OF TEXAS §<br>SOUTHWESTERN MEDICAL §<br>CENTER §<br>§<br>Defendant. § | |

**FINAL JUDGMENT**

This case was called to trial on October 16, 2006. A jury having been demanded, a seven-person jury was duly empaneled and sworn. On October 20, 2006, the jury returned a unanimous verdict against plaintiff and in favor of defendant. The court's charge, including the jury's answers to special issues and the verdict form, is incorporated herein by reference. Accordingly, Plaintiff Pamela J. Lodes shall take nothing on her claims against Defendant University of Texas Southwestern Medical Center, and all such claims are hereby dismissed with prejudice.

Costs of court are taxed against plaintiff. All relief not expressly granted is hereby denied.

SO ORDERED.

DATED: October 20, 2006.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE